No. 10-11019. Eric Jones, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.

565 U.S. 1150, 132 S. Ct. 1078, 181 L. Ed. 2d 795, 2012 U.S. LEXIS 416.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 862, 132 S. Ct. 203, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 6068.